JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN M. LOWENTHAL,<br><br>    Plaintiff,<br><br>    v.<br><br>WILSHIRE COMMERCIAL PROPERTIES LLC, et al.,<br><br>    Defendants. | Case No. 2:25-cv-04547-CV-JDE<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT this action is DISMISSED with prejudice.

Dated:   7/23/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge